| | |
|---|---|
| Rob Bonta<br>Attorney General of California<br>Michael L. Newman<br>Senior Assistant Attorney General<br>Christine Chuang<br>Srividya Panchalam (SBN 265398)<br>Julia Harumi Mass (SBN 189649)<br>Deputy Attorneys General<br>  1515 Clay Street, Suite 2000<br>  Oakland, CA 94612<br>  Telephone: (510) 879-3300<br>  Fax: (510) 622-2270<br>  E-mail: Julia.Mass@doj.ca.gov<br>*Attorneys for Plaintiff State of California* | Janette Wipper<br>Chief Counsel<br>Mari Mayeda (SBN 110947)<br>Associate Chief Counsel<br>Kaitlin Toyama (SBN 318993)<br>Staff Counsel<br>  2218 Kausen Drive, Suite 100<br>  Elk Grove, CA 95758<br>  Telephone: (916) 478-7251<br>  Facsimile: (888) 382-5293<br>  Email: Mari.Mayeda@dfeh.ca.gov<br>          Katilin.Toyama@dfeh.gov<br>*Attorneys for Plaintiff Department of<br>Fair Employment and Housing* |

*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>CHARLOTTE A. BURROWS, in her official capacity as Chair of the U.S. Equal Employment Opportunity Commission, et al.,<br><br>                Defendants. | Case No. 3:20-cv-07664-EMC<br><br>**Stipulation of Dismissal Without Prejudice of First Amended Complaint** |

On July 2, 2021, consistent with paragraph 2 of the parties' Settlement Agreement and Stipulation Re Dismissal Without Prejudice of First Amended Complaint (Settlement Agreement) filed June 30, 2021 (ECF No. 32), Defendants notified the Fair Employment Practices Agencies of California, Minnesota, and New Jersey that the remainder of requested EEO-1 data had been made available to those FEPAs. Therefore, in accordance with the parties' Settlement Agreement, which the Court endorsed on July 2, 2021 (ECF No. 33), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of the Plaintiffs' First Amended

Complaint without prejudice. This stipulation of dismissal is signed by all parties who have appeared. All parties shall bear their own fees and costs.

Dated: July 12, 2021

Respectfully submitted,

For Defendants:

For Plaintiffs:

BRIAN M. BOYTON
    Acting Assistant Attorney General

CARLOTTA WELLS
    Assistant Branch Director

    */s/ Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS (N.Y. Bar 4461679)
Senior Counsel
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L St., NW, Twelfth Floor
Washington, DC 20530
Telephone: (202) 514-3336
Facsimile: (202) 616-8470
Email: lisa.marcus@usdoj.gov

*Attorney for Defendants*

ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
CHRISTINE CHUANG
SRIVIDYA PANCHALAM
JULIA HARUMI MASS
Deputy Attorneys General

    */s/ Julia Harumi Mass*
JULIA HARUMI MASS
Deputy Attorney General
California Department of Justice
*Attorneys for Plaintiffs State of California*

JANETTE WIPPER
Chief Counsel of Department of Fair Employment and Housing
MARI MAYEDA
Associate Chief Counsel of Department of Fair Employment and Housing
KAITLIN TOYAMA
Staff Counsel of Department of Fair Employment and Housing

    */s/ Kaitlin Toyama*
KAITLIN TOYAMA
Staff Counsel of Department of Fair Employment and Housing
*Attorneys for California Department of Fair Employment and Housing*

KWAME RAOUL
Attorney General of Illinois
JAMES L. BENNETT
Director of Illinois Department of Human Rights

    */s/ Elizabeth Roberson-Young*
ELIZABETH ROBERSON-YOUNG*
Public Interest Counsel
Office of the Illinois Attorney General
100 West Randolph Street, 11th Floor
Chicago, Illinois 60601
Telephone: (312) 814-5028
elizabeth.roberson-young@illinois.gov
*Attorneys for Plaintiffs State of Illinois and Illinois Department of Human Rights*

BRIAN E. FROSH
Attorney General of Maryland

    */s/ Steven M. Sullivan*
STEVEN M. SULLIVAN*
Solicitor General
Office of the Attorney General
of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
Telephone:(410) 576-6427
Facsimile: (410) 576-6955
ssullivan@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

KEITH ELLISON
Attorney General
State of Minnesota

    */s/ Rachel Bell-Munger*
RACHEL BELL-MUNGER*
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
Telephone: (651) 757-1272
Facsimile: (651) 297-4139
rachel.bell-munger@ag.state.mn.us
*Attorneys for Plaintiffs State of Minnesota and*
*Minnesota Department of Human Rights*

AARON D. FORD
Attorney General of Nevada

    */s/ Heidi Parry Stern*
HEIDI PARRY STERN*
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900

Las Vegas, NV 89101
HStern@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*
GURBIR S. GREWAL
Attorney General of New Jersey

       /s/   Tim Sheehan
TIM SHEEHAN*
Deputy Attorney General
Office of the Attorney General of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
Trenton, New Jersey 08625
(609) 815-2604
Tim.Sheehan@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

  * Appearing *pro hac vice*



GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA